FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2023 MAR 21  P 1: 51

CLERK_____
SO. DIS. OF GA.

Marlin Daniel Walker, *Pro Se*
7325 NE Imbrie Drive
Suite 151 Hillsboro
Oregon, 97124
Tel: 530-426-8336
Email: jenninedelane@gmail.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

CV223-036

_____

MARLIN DANIEL WALKER, *Pro Se*                    Civil Action No.:

                  Plaintiff,

-   against -

LARRY J. WILLIAMS

                  **DEMAND FOR JURY TRIAL**

            Defendant

_____

## COMPLAINT FOR EJECTMENT PURSUANT TO GEORGIA CODE TITLE 44 CHAPTER 11 ARTICLE 1 AND FOR DAMAGES FOR THE UNAUTHORIZED USE AND ENGAGEMENT OF TIMBER AND/OR MINERAL OPERATIONS

I, Marlin Daniel Walker, state the following for my Complaint against the aforementioned Defendant:

### Preliminary Statement

1.    This is an action for ejectment pursuant to Georgia Code Title 44 Chapter 11 Article 1 and for damages for the unauthorized engagement of timber and/or mineral operations, arising from the fact that I am a direct heir of a grantee, Isham Walker. As a result, I have succeeded to his ownership of the Georgia Land Grant, issued November 18, 1803. As a direct heir of Isham Walker, the language of the said portion of Isham Walker Land Grant that proves that my title is good against the world, as an unbroken chain of title exists directly from the Sovereign State of Georgia directly to me as an heir states: "*By his Excellency John Milledge*

*Governor and Commander-in-Chief of the Army and Navy of this State and of the Militia thereof.*

***TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:***

***KNOW YE,*** *that in pursuance of the Act for opening the Land Office, and by virtue of the powers in me vested, I HAVE given and granted, and, by these presents, in the name and behalf of the said state, DO give and grant unto Isham Walker, his heirs and assigns forever, ALL that tract or parcel of land, containing One Hundred and Fifty acres…"*

2.         **GENEALOGICAL BREAKDOWN**

- Isham Walker, born 1769; married Civility Jones, born 1777

➢ Issue: Solomon Walker, born 1790

  ● Solomon Walker, born 1790; married Elizabeth Matilda Newton, born 1795

➢ Issue: Solomon Walker, born 1832

  ● Solomon Walker, born 1832; married Martha Jones, born 1832

➢ Issue: David Walker, born 1861

  ✧ David Walker, born 1861 married Winnie Johnson, born 1862

➢ Issue: Daniel Walker, born 1893

  ✧ Daniel Walker, born 1893; married Rosa Lee Hill, born 1896

➢ Issue: George Daniel Walker, born 1916

  ✧ George Daniel Walker, born 1916; Winnifred Lyles, born 1937

➢ Issue: John Daniel Walker, born 1959

  ✧ John Daniel Walker, born 1959; married Sharon Renee Simmons, born 1960

➢ Issue: Marlin Daniel Walker, born 1979

(True copies of my genealogical records are annexed herein as Exhibit A).

3.    Accordingly, I am the fee simple owner of the aforementioned November 18, 1803 Georgia Land Grant and claim the right to possession of tracts of land, situated in Wayne County, containing one hundred and fifty acres, more or less, and being more particularly described as follows: ***"…situate, lying and being in the county of Glynn in the said state and butting and bounding on all sides by***

*Vacant Lands having such shape, form and marks as appear by a plat of the same hereunto annexed; together with all and singular the rights, members, and appurtenances thereof, whatsoever to the said tract or parcel of land belonging, or in any wife appertaining; and also all the estate, right, title, interest, claim and demand of the same aforesaid, of, in, to, or out of the same: TO HAVE AND TO HOLD the said tract or parcel of land, and all and singular the premises aforesaid with their and every of their rights, members and appurtenances, unto the said Isham Walker, his heirs and assigns, to his and their own proper use and behoof forever, in Fee Simple."*
The Defendant wrongfully deprived me of possession thereof, for which damages amounting over $75,000 dollars are here demanded and to be proven at trial. In addition, I demand of the Defendant damages for the unauthorized use and engagement of timber and/or mineral operations and for the unauthorized occupation of my lands.

## JURISDICTION AND VENUE

4.     Personal jurisdiction over the Defendant is appropriate because he claims a legal interest in the Georgia real property that is the subject of this action.

5.     This Court has diversity jurisdiction of this matter under 28 U.S.C. §1332 because this is a civil action between citizens of different states and the amount in controversy is greater than $75,000.

6.     Venue is proper in this Court because the real property at issue is situated within this District, in Wayne County, Georgia.

## Parties

7.     At the commencement of this action and at all times hereinafter mentioned, Plaintiff Marlin Daniel Walker was a natural person, a citizen of the United States, and a resident of Hillsboro Oregon.

8.     At the commencement of this action and at all times hereinafter mentioned, individual Defendant Larry J. Williams, as of March 21, 2023, was and is a natural person, a citizen of the United States, and a resident of the State of Georgia.

## STATEMENT OF FACTS

9.     This action concerns real property, located within Wayne County, Georgia, based upon a Georgia State Land Grant, issued on the 18th of November, 1803. The said Land Patent was issued on November 18, 1803 to my direct ancestor Isham Walker and to his heirs, of which I have succeeded to his ownership. The description of the land is as follows: *"…situate, lying and being in the county of Glynn in the said state and butting and bounding on all sides by Vacant Lands having such shape, form and marks as appear by a plat of the same hereunto annexed; together with all and singular the rights, members, and appurtenances thereof, whatsoever to the said tract or parcel of land belonging, or in any wife appertaining; and also all the estate, right, title, interest, claim and demand of the same aforesaid, of, in, to, or*

*out of the same: TO HAVE AND TO HOLD the said tract or parcel of land,*
*and all and singular the premises aforesaid with their and every of their*
*rights, members and appurtenances, unto the said Isham Walker, his heirs*
*and assigns, to his and their own proper use and behoof forever, in Fee*
*Simple."*

(A true and correct copy of said Land Grant along with its Plat is annexed
herein as Exhibit B).

10.     Upon information and belief, Defendant Larry J. Williams ("Mr.
Williams") has been unlawfully possessing approximately 150 acres of my
land.

11.     My heirship succession to ownership interest in the November 18,
1803 Georgia Land Grant is also reflected in the March 21, 2023 Deed and
Affidavit in Support, which are both recorded in the Wayne County Court
Deeds Office (True and correct copies of said Deed and Affidavit are annexed
herein as Exhibit C).

12.     My title is good against the world, as an unbroken chain of title exists
directly from the Sovereign State of Georgia (A State under the United States
of America) directly to me as an heir.

### COUNT I – EJECTMENT

13.     The foregoing paragraphs of the Complaint are incorporated by
reference as if fully set forth herein.

14.     This count is a cause of action for ejectment, brought pursuant to

Georgia Code Title 44 Chapter 11 Article 1.

15.     I, Marlin Walker, am the fee simple owner of the private patented lands that are subject of this action and hold superior legal title to said private patented lands pursuant to the Georgia State Land Grant, issued to my ancestor Isham Walker.

16.     I have a right to immediate possession of the said private patented lands as the fee simple owner and heir of the original grantee.

17.     My right to possession of the subject private patented lands comes directly from the sovereign State of Georgia (A State under the United States of America).

18.     Defendant is in unlawful possession my private patented lands.

19.     Upon information and belief, Defendant has engaged in unauthorized timber and/or mineral operations on my private patented lands.

20.     Upon information and belief, Defendant has generated millions of dollars during their unlawful possession of my private patented lands.

21.     Upon information and belief, some Defendant has leasing agreements with entities and/or individuals for the purpose of engaging in unauthorized timber and/or mineral operations.

22.     The Defendant's unauthorized possession and use of my private patented lands described herein have caused great injury to me by, among other things, preventing me from receiving my inheritance and preventing me from benefitting from the economic opportunities that would have provided

financial stability and security to me and my children and my future grandchildren.

## PRAYER FOR RELIEF

23.     **WHEREFORE,** Plaintiff prays for relief as follows:

An award in favor of Plaintiff against Defendant for all damages, (compensatory, restitution, punitive) sustained as a result of Defendant's unlawful possession of my private patented lands and unauthorized engagement of timber and/or mineral operations in an exact amount that exceeds over $75,000 dollars and to be determined at trial, including:

(a) Respectfully request that this Honorable Court establish and recognize me as the legal owner of the private patented lands that the Sovereign State of Georgia (A State under the United States of America) granted to my ancestor Isham Walker and to me as an heir, as set forth in the aforementioned November 18, 1803 Georgia State Land Grant;

(b) Grant Plaintiff any further relief that this Honorable Court deems appropriate.

Dated: March 21, 2023                      Respectfully submitted,

                                                    M. D. W

                                                    Marlin Daniel Walker, *Pro Se*