# EXHIBIT A

**COMMONWEALTH OF PENNSYLVANIA · DEPARTMENT OF HEALTH**
**VITAL RECORDS**

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY BY PHOTOSTAT OR PHOTOGRAPH

## Certification of Birth

| | |
|---|---|
| Date of Birth: JULY 22, 1979 | State File Number: 077759-1979 |
| | Date Filed: JULY 28, 1979 |
| | Date Issued: MAY 10, 2022 |

Name: MARLIN DANIEL WALKER

Sex: MALE

Place of Birth: ALLEGHENY COUNTY
SEWICKLEY BOROUGH, PENNSYLVANIA

Parent: SHARON RENEE SIMMONS       Parent: JOHN DANIEL WALKER

Age: 19                            Age: 19
Place of Birth: PENNSYLVANIA       Place of Birth: PENNSYLVANIA

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

*Audrey C. Marrocco*
Audrey C. Marrocco
State Registrar



H105.105.1D Rev. (10/2021)   WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.   0007029802

DETACH HERE       TEAR AT THIS PERFORATION       DETACH HERE

MARLIN DANIEL WALKER
7325 NE IMBRIE DR, STE 151
HILLSBORO, OR 97124-7595

Order Number: MAL202205166692

# Commonwealth of Pennsylvania · Department of Health
## VITAL RECORDS
WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY BY PHOTOSTAT OR PHOTOGRAPH

## Certification of Birth

| | |
|---|---|
| Date of Birth: | DECEMBER 07, 1959 |
| Time of Birth: | 2:30 AM |
| Name: | JOHN DANIEL WALKER |
| Sex: | MALE |
| Place of Birth: | BEAVER COUNTY, ALIQUIPPA, PENNSYLVANIA |
| Mother: | WINIFRED CHRISTIBEL WINGATE |
| Age: | 22 |
| Place of Birth: | ALIQUIPPA PENNSYLVANIA |

| | |
|---|---|
| State File Number: | 231077-1959 |
| Date Filed: | DECEMBER 21, 1959 |
| Date Issued: | NOVEMBER 08, 2021 |
| Parent: | INFORMATION NOT RECORDED |
| Age: | INFORMATION NOT RECORDED |
| Place of Birth: | INFORMATION NOT RECORDED |

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

*Audrey C. Marrocco*
Audrey C. Marrocco
State Registrar



H105.105.1D Rev. (03/2020)
WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.
0006729895

DETACH HERE        TEAR AT THIS PERFORATION        DETACH HERE

JOHN WALKER
4965 PROMENADE DR SW
ATLANTA, GA 30331-8430

Order Number: MAL202111169468

# CERTIFICATE OF DEATH / STATE OF GEORGIA

**Local File Number:** 007257
**State Number:** 039600

**Type or Print in Permanent Black or Blue-Black Ink**

## Deceased

- **1a. Decedent's Name (First, Middle, Last):** GEORGE DANIEL WALKER
- **1b. If Decedent is Female, Enter Maiden Last Name:** —
- **2. Sex:** MALE
- **3. Date of Death (Mo., Day, Year):** AUGUST 9, 1999
- **4. Race:** BLACK
- **5. Origin of Decedent:** AMERICAN
- **6. Date of Birth:** AUGUST 6, 1916
- **7a. Age-Last Birthday (Years):** 83
- **8a. County of Death:** FULTON
- **8b. City, Town or Location of Death:** EAST POINT
- **9a. Hospital or Other Institution Name:** SOUTH FULTON MEDICAL CENTER
- **9b. If Hospital or Inst. (Indicate DOA, OP/EMER. Rm., Inpatient) (Specify):** INPATIENT

### Usual Residence

- **10a. State:** GA
- **County:** MUSCOGEE
- **10b. Citizen of What Country?:** USA
- **11. Married, Never Married, Widowed, Divorced:** NEVER MARRIED
- **12. Spouse:** —
- **13. Was Decedent Ever In U.S. Armed Forces?:** YES
- **14. Social Security Number:** 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
- **15a. Usual Occupation:** LABORER
- **15b. Kind of Industry or Business:** LTV STEEL CORP
- **16a. Residence – State:** GA
- **16b. County:** FULTON
- **16c. City, Town or Location:** ATLANTA
- **16d. Street and Number:** 4437 SEVILLE LANE APT G
- **16e. Inside City Limits?:** YES

## Parents

- **17. Father's Name:** DANIEL WALKER
- **18. Mother's Maiden Name:** ROSA LEE HILL

## Informant

- **19a. Informant's Name:** JOHN DANIEL WALKER
- **19b. Mailing Address:** 4437 SEVILLE LANE APT. G ATLANTA, GA. 30344
- **19c. Relationship:** SON

## Disposition

- **20a. Burial, Cremation, Removal (Specify):** BURIAL
- **20b. Disposition Date:** 8-13-99
- **20c. Cemetery or Crematory Name:** WOODLAWN MEMORIAL PARK
- **20d. Location:** ALIQUIPPA, PA. 15001
- **21a. Funeral Director (Signature):** CECIL R. ANDERSON
- **21b. Fun. Dir. License No.:** 2570
- **21c. Name and Address of Facility:** CALVIN L. SHEFFIELD FUNERAL HOME, INC. 1125 ALLEGHENY AVE. PITTSBURG, PA 15233
- **21d. Embalmer (Signature):** WAYNE C. STOKES
- **21e. Embalmer License No.:** 2863
- **21f. Est. License No.:** 1320

## Cause of Death

- **23. Immediate Cause:**
  - **Part I A:** CARDIOPULMONARY ARREST — Approximate interval between onset and death: 20 MINUTES
  - **B. Due to, or as a consequence of:** PROSTATE CANCER
  - **C.** —
- **24. Part II – Other Significant Conditions:** —
- **25a. Autopsy (Yes or No):** NO
- **25b. If Yes, Were Findings Considered in Determining Cause of Death?:** —
- **26a. Was Operation Performed?:** NO
- **26b. Date of Operation:** —
- **26c. Conditions for Which Operation Was Performed:** —
- **27. Accident, Suicide, Homicide, Undetermined:** —
- **28a. Date of Injury:** —
- **28b. Describe How Injury Occurred:** —
- **28c. Hour of Injury:** —
- **28d. Injury at Work?:** —
- **28e. Place of Injury:** —
- **28f. Location:** —

## Certifier

- **29a. Certification:** (Signature and Title) [signed], M.D.
- **29b. Date Signed:** AUGUST 31ST, 1999
- **29c. Hour of Death:** 2355
- **29d. Name of Attending Physician if Other Than Certifier:** ADANNA ANYANWU
- **30a–e. Medical Examiner or Coroner:** —
- **31a. Name, Title, and License No. of Certifier:** Ad[...] Anyanwu, M[D]
- **Phys. Lic. No.:** 041505
- **31b. Address of Certifier:** 777 Cleveland Ave[...] 30315

## Registrar

- **22a. Registrar (Signature):** [signed]
- **22b. Date Received:** —

Form 3903 (Rev. 9-91) — GEORGIA DEPARTMENT OF HUMAN RESOURCES/VITAL RECORDS SERVICE

*DO NOT FOLD THIS CERTIFICATE*

Stamp: SEP 1 4 1999
Notation: C101
Notation: 1999

Margin notice: NOTICE TO FUNERAL DIRECTOR AND CERTIFYING PHYSICIAN — (1) Was this death the result of violence, suicide, or casualty; (2) was the deceased unattended by a physician; or (4) was any suspicious or unusual manner associated with this death? If "YES" to either 1, 2, 3, or 4, please notify the coroner in the county where the body was found or the death occurred.





Page No. 42

SCHEDULE 1.—Inhabitants in _____, in the County of Richmond, State of Georgia, enumerated by me on the 19 day of September, 1870. _____, Ass't Marshal.

Post Office: McBean

| # | Dwelling | Family | Name | Age | Sex | Color | Occupation | Real Estate | Personal Estate | Birthplace | 11 | 12 | 13 | 14 | 15 | 16 | 17 | School/Deaf etc | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 353 | 352 | Hughes Barbara | 17 | F | W | At Home | | | SC | | | | | | 1 | / | | | |
| 2 | | | — Sarah | 17 | F | W | At Home | | | SC | | | | | | 1 | / | | | |
| 3 | | | — Margaret | 16 | F | W | At Home | | | Ga | | | | | | 1 | / | | | |
| 4 | | | — Obadiah | 13 | M | W | At Home | | | Ga | | | | | | 1 | / | | | |
| 5 | | | — George | 8 | M | W | | | | Ga | | | | | | | | | | |
| 6 | | | — Jefferson | 5 | M | W | | | | Ga | | | | | | | | | | |
| 7 | | | — Robert | 1 | M | W | | | | Ga | | | | | | | | | | |
| 8 | | | May William | 19 | M | W | Farm Laborer | | | Ga | | | | | | | | | | |
| 9 | | | — Jane | 55 | F | W | No occupation | | | SC | | | | | | | / | | | |
| 10 | 354 | 353 | McCarroll Hent | 52 | M | W | Planter | 2000 | 100 | SC | | | | | | | / | | 1 | |
| 11 | | | — Lena | 36 | F | W | Keep House | | | SC | | | | | | | | | | |
| 12 | | | — Charles | 12 | M | W | At School | | | SC | | | | | 1 | | | | | |
| 13 | 355 | 354 | Moore James | 25 | M | B | Farm Laborer | | | Ga | | | | | | 1 | 1 | | 1 | |
| 14 | | | — Leah | 23 | F | B | Keep House | | | Ga | | | | | | | | | 1 | |
| 15 | | | — Lucy | 6 | F | B | | | | Ga | | | | | | | | | | |
| 16 | | | — Samuel | 1 | M | B | | | | Ga | | | | | | | | | | |
| 17 | | | — Alexander | 22 | M | M | Farm Laborer | | | Ga | | | | | | 1 | 1 | | 1 | |
| 18 | 356 | 355 | Walker Solomon | 38 | M | B | Farm Laborer | | | Ga | | | | | | 1 | / | | 1 | |
| 19 | | | — Martha | 38 | F | B | Keep House | | | Ga | | | | | | 1 | / | | 1 | |
| 20 | | | — Alfred | 14 | M | B | At Home | | | Ga | | | | | | 1 | / | | | |
| 21 | | | — Esther | 12 | F | B | At Home | | | Ga | | | | | | 1 | / | | | |
| 22 | | | — Edwin | 8 | M | B | | | | Ga | | | | | | | | | | |
| 23 | | | — Sallie | 6 | F | B | | | | Ga | | | | | | | | | | |
| 24 | | | — Carrie | 4 | F | B | | | | Ga | | | | | | | | | | |
| 25 | 357 | 356 | Uffie Absalom | 25 | M | W | Planter | 2000 | 100 | Ga | | | | | | | | | 1 | |
| 26 | | | — Mary | 23 | F | W | Keep House | | | Ga | | | | | | | | | | |
| 27 | | | — Edward | 1 | M | W | | | | Ga | | | | | | | | | | |
| 28 | | | — Lovett | 16 | F | W | At Home | | | Ga | | | | | | | | | | |
| 29 | 358 | 357 | Mathis Riley | 36 | M | B | Farm Laborer | | | Ga | | | | | | 1 | / | | 1 | |
| 30 | | | — Mina | 30 | F | B | Keep House | | | Ga | | | | | | / | 1 | | | |
| 31 | | | — Julia | 12 | F | B | At Home | | | Ga | | | | | | / | 1 | | | |
| 32 | | | — Adeline | 7 | F | B | | | | Ga | | | | | | | | | | |
| 33 | | | — Laura | 3 | F | B | | | | Ga | | | | | | | | | | |
| 34 | 359 | 358 | Murrow Jane | 40 | F | W | Planter | 500 | 100 | Ga | | | | | | | | | | |
| 35 | | | — Green Virginia | 20 | F | W | At Home | | | Ga | | | | | | | | | | |
| 36 | | | — Isabella | 18 | F | W | At Home | | | Ga | | | | | | | | | | |
| 37 | | | — Robert | 16 | M | W | At Home | | | Ga | | | | | | | | | | |
| 38 | | | — Wade | 1 | M | W | at Home | | | Ga | | | | | | | | | | |
| 39 | 360 | 359 | Inchman Henry | 41 | M | B | Manager of Farm | | | Ga | | | | | | | | | 1 | |
| 40 | | | — Hadie | 23 | F | B | At Home | | | Ga | | | | | | | / | | | |

Page No. 28

Inquiries numbered 7, 16, and 17 are not to be asked in respect to infants. Inquiries numbered 11, 12, 15, 16, 17, 19, and 20 are to be answered (if at all) merely by an affirmative mark, as /.

Schedule 1.—Inhabitants in Sixty Seventh Dist Gm, in the County of Burke, State of Georgia, enumerated by me on the ____ day of ____, 1870.

Post Office: Waynesboro

_____, Ass't Marshal.

| # | Dwelling | Family | Name | Age | Sex | Color | Occupation | Real Est. | Pers. Est. | Birthplace | F.for. | M.for. | Month born | Month married | School | Read | Write | Infirm | Male citizen | Denied |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Travis Francis | 14 | F | B | Farm Laborer | | | Georgia | | | | | | | | | | |
| 2 | | | Savanah | 60 | F | | Keeping House | | | " | | | | | | | | | | |
| 3 | 214 | | Major Tom | 20 | M | | Farm Laborer | | | " | | | | | | | | | | |
| 4 | | | Laura | 25 | F | | " | | | " | | | | | | | | | | |
| 5 | | | Marshall | 9/12 | M | | at Home | | | " | | | 1 | | | | | | | |
| 6 | 214 | 215 | Walker Solomon | 38 | M | | Farmer | | 175 | " | | | | | | | | | 1 | |
| 7 | | | Martha | 32 | F | | Farm Laborer | | | " | | | | | | | | | | |
| 8 | | | Ruben | 18 | M | | " | | | " | | | | | | | | | | |
| 9 | | | Fredrick | 21 | | | " | | | " | | | | | | | | | 1 | |
| 10 | | | Leaston | 14 | | | " | | | " | | | | | | | | | | |
| 11 | | | Davis | 10 | | | " | | | " | | | | | | | | | | |
| 12 | | | Solomon | 8 | | | " | | | " | | | | | | | | | | |
| 13 | | | Mary | 4 | F | | at Home | | | " | | | | | | | | | | |
| 14 | 215 | 216 | Rony Dillin | 60 | M | | Farmer | | | " | | | | | | | | | 1 | |
| 15 | | | Emory Grace | 30 | | | Farm Laborer | | | " | | | | | | | | | 1 | |
| 16 | 216 | 267 | Byne Henry | 45 | | W | Farmer | 7000 | 3000 | " | | | | | | | | | 1 | |
| 17 | 267 | 268 | Williams Richard | 40 | | B | Farm Laborer | | | " | | | | | | | | | 1 | |
| 18 | | | Henrietta | 40 | F | | " | | | " | | | | | | | | | | |
| 19 | 268 | 269 | Graham Sophia | 30 | | | Cook | | | " | | | | | | | | | | |
| 20 | 669 | 270 | Franklin Edw. | 25 | M | W | Farmer | | 700 | So Ca | | | | | | | | | 1 | |
| 21 | | | Louisa | 49 | F | | Keeping House | | | " | | | | | | | | | | |
| 22 | | | Eligar | 21 | | | " | | | " | | | | | | | | | | |
| 23 | 270 | 270 | Roney John | 48 | M | | Boot Maker | 1000 | 350 | Ireland | 1 | 1 | | | | | | | 1 | |
| 24 | | | Mary | 45 | F | | Keeping House | | | " | 1 | 1 | | | | | | | | |
| 25 | | | Nancy | 17 | | | at Home | | | " | 1 | 1 | | | | | | | | |
| 26 | | | James | 12 | M | | Farm Laborer | | | " | 1 | 1 | | | | | | | | |
| 27 | | | Samuel | 10 | | | " | | | " | 1 | 1 | | | | | | | | |
| 28 | 271 | 271 | Yates Robert | 46 | | | Farmer | 2500 | 1500 | Georgia | | | | | | | | | 1 | |
| 29 | | | Amke | 40 | F | | Keeping House | | | " | | | | | | | | | | |
| 30 | | | Fleming | 19 | M | | at School | | | " | | | | | | | | | | |
| 31 | | | Sallie | 17 | F | | at Home | | | " | | | | | | | | | | |
| 32 | | | Robert | 15 | M | | Farm Laborer | | | " | | | | | | | | | | |
| 33 | | | John | 13 | | | " | | | " | | | | | | | | | | |
| 34 | | | Allen | 6 | | | at Home | | | " | | | | | | | | | | |
| 35 | | | Lucious | 5 | | | " | | | " | | | | | | | | | | |
| 36 | 272 | 273 | Walker Henry | 45 | M | B | Farmer | | 125 | " | | | | | | | | | 1 | |
| 37 | | | Martha | 21 | F | | Farm Laborer | | | " | | | | | | | | | | |
| 38 | | | Julia | 18 | | | " | | | " | | | | | | | | | | |
| 39 | | | Nancy | 3 | | | at Home | | | " | | | | | | | | | | |
| 40 | | | Henry | 1 | M | | " | | | " | | | | | | | | | | |

No. of dwellings, ____   No. of white females, ____   No. of males, foreign born, ____   No. of insane, ____
" families, ____   " colored males, ____   " females, " ____
" white males, ____   " females, ____   " blind, ____

23    5

# CERTIFICATE OF DEATH
## GEORGIA STATE BOARD OF HEALTH
### Bureau of Vital Statistics

**30-23416**
STATE FILE NUMBER

**1 PLACE OF DEATH**
State—Georgia.
County: Burke
Militia District No. 56
Registered No. 79
City or Town: _____ No. _____ St. _____ Ward
(If death occurred in a hospital or institution, give its NAME instead of street and number).

**2 FULL NAME** Soloman Walker Jr.

(a) Residence
(Usual place of abode, street and number)
Length of residence in city or town where death occurred: yrs. __ mos. __ ds. __
If NON-RESIDENT give city or town and state of residence.

### PERSONAL AND STATISTICAL PARTICULARS

**3 SEX**: Male
**4 Color or Race**: Negro
**5 Single, Married, Widowed, or Divorced**: Married

**5a Name of Husband or Wife**: Violet Walker

**6 DATE OF BIRTH** (month, day and year): _____

**7 AGE**: About 79 Years

**8 OCCUPATION**
(a) Trade, Profession or particular kind of work: Farmer
(b) General nature of Industry, Business or Establishment in which employed (or employer): _____

**9 BIRTHPLACE** (State or Country): Richmond County Ga.

**10 NAME OF FATHER**: Soloman Walker Sr.

**11 BIRTHPLACE OF FATHER** (State or Country): Georgia

**12 MAIDEN NAME OF MOTHER**: Martha Jones

**13 BIRTHPLACE OF MOTHER** (State or Country): Columbia County Ga.

**14 The Above is True to the Best of My Knowledge.**
(Informant) Madena Walker [signature]
(Address) Keysville Ga.

**15 Filed** Sept. 20 1930
Registrar [signature]

### MEDICAL CERTIFICATE OF DEATH

**16 DATE OF DEATH** (month, day and year): Sept. 13 30

**17 I HEREBY CERTIFY**, That I attended deceased from Jan. 1st, 1926, to Sept. 10th, 1930, that I last saw him alive on Sept. 10, 1930, and that death occurred, on the date stated above at __ m.
The CAUSE OF DEATH was as follows: Pyelitis Prostatitis
(duration) __ yrs. 8 mos. __ ds.
CONTRIBUTORY (Secondary): Uremia
(duration) __ yrs. __ mos. 2 ds.

**18 Where was disease contracted if not at place of death?** _____
Did an operation precede death? __ Date of __
Was there an autopsy? No
What test confirmed diagnosis? _____
(Signed) [signature], M.D.
(Address) Keysville Ga.

**19 Place of Burial, Cremation, or Removal**: Gresham Cemetery
**Date of Burial**: Sept. 14 1930

**20 UNDERTAKER**: W. W. Stanley
Address: Wrens Ga.



**Dec. 13, 1912**
Dupont Gresham
Aged ― Years ― Months ― Days
Sex F  Colored Race ―  Nativity Ga
Single ― Married ― Widowed ―
Occupation ―  Date of Death Dec 13
Died at 611 Jackson Ave
Cause of Death Tetanus
Duration of Disease 2 days
Place of Burial Laurel Grove
Name of Undertaker Leopold
Attending Physician J. M. S. Daniels

**Dec. 14, 1912**
Solomon Walker
Aged 78 Years ― Months ― Days
Sex M  Colored Race ―  Nativity Ga
Single ― Married ― Widowed ―
Occupation ―  Date of Death Dec 14
Died at Belmont Co Ga
Cause of Death Uterus Sclerosis
Duration of Disease Unknown
Place of Burial Laurel Grove
Name of Undertaker Monroe & Co
Attending Physician B. Register Coal

**Dec. 14, 1912**
Annie Solomon
Aged 25 Years ― Months ― Days
Sex F  Colored Race ―  Nativity S.C.
Single ― Married ― Widowed ―
Occupation ―  Date of Death Dec 14
Died at Ga State Sanitarium
Cause of Death Pellagra
Duration of Disease Not stated
Place of Burial Laurel Grove
Name of Undertaker Leopold
Attending Physician J. J. Cranston

**Dec. 14, 1912**
Dupont Slaters
Aged ― Years 1 Months ― Days
Sex F  Colored Race ―  Nativity Ga
Single ― Married ― Widowed ―
Occupation ―  Date of Death Dec 13
Died at 715 West Broadway St
Cause of Death Acute Gastro Enteritis
Duration of Disease Two days
Place of Burial Laurel Grove
Name of Undertaker Leopold
Attending Physician J. Register Coal

## RETURN OF

REGISTERED in Precinct No. 67, County of Burke, State of GEORGIA, by the Board of Registration, for the Election District, in pursu...

| No. | Number | DATE OF REGISTRY | Check when Voting | NAMES OF VOTERS | OATH Book | Page | COLOR | In State | In County | In Precinct |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  | 23 | 23 |
|  | 241 | July 20, 1867 |  | Jackson Charles | C | 447 | Colored | 23 | 22 | 22 |
|  | 242 | " " |  | Ward Peter | " | 448 | " | 22 | 22 | 23 |
|  | 243 | " " |  | Palmer Mike | " | 449 | " | 23 | 57 | 57 |
|  | 244 | " " |  | Gannaway Boston | " | 449 | " | 57 | 5 | 5 |
|  | 245 | " " |  | Hicks Toney | " | 449 | " | 30 | 30 | 30 |
|  | 246 | " " |  | McKorrill Jim | " | 450 | " | 47 | 5 | 5 |
|  | 247 | " " |  | Allen Jerome | " | 450 | " | 42 | 42 | 42 |
|  | 248 | " " |  | Jackson Daniel | " | 451 | " | 57 | 57 | 57 |
|  | 249 | " " |  | Mathis William | " | 451 | " | 15 | 15 | 15 |
|  | 250 | " " |  | Hilliard George | " | 452 | " | 24 | 8 | 8 |
|  | 251 | " " |  | McCatherine Thos | " | 452 | " | 35 | 1 | 1 |
|  | 252 | " " |  | Walker Solomon | " | 453 | " | 25 | 25 | 25 |
|  | 253 | " " |  | Royal Samuel | " | 453 | " | 35 | 8 | 8 |
|  | 254 | " " |  | Neely Peter Jr | " | 454 | " | 35 | 35 | 35 |
|  | 255 | " " |  | Carter William | " | 454 | " | 8 | 8 | 8 |
|  | 256 | " " |  | Gant Pompey | " | 455 | " | 60 | 60 | 60 |
|  | 257 | " " |  | Gittas George | " | 455 | " | 31 | 31 | 31 |
|  | 258 | " " |  | Fulcher Alex | " | 456 | " | 35 | 13 | 13 |
|  | 259 | " " |  | Palmer Randle | " | 457 | White | 48 | 48 | 48 |
|  | 260 | " " |  | Mixon George | " | 457 | " | 22 | 22 | 22 |
|  | 261 | " " |  | Cox Robert W | " | 457 | " | 65 | 65 | 65 |
|  | 262 | " " |  | Oliver Thomas | " | 458 | Colored | 18 | 18 | 18 |
|  | 263 | " " |  | Bennett Isaac | " | 458 | " | 60 | 60 | 60 |
|  | 264 | " " |  | Bolton Phillip | " | 459 | " | 9 | 9 | 9 |
|  | 265 | " " |  | Larine John | " | 459 | " | 50 | 5 | 5 |
|  | 266 | " " |  | Bunch Chaney | " | 460 | " | 70 | 6 | 6 |
|  | 267 | " " |  | Palmer Cudgo | " | 460 | " | 60 | 10 | 10 |
|  | 268 | " " |  | Longstreet Robert | " | 461 | " | 28 | 3 | 3 |
|  | 269 | " " |  | Wright William | " | 461 | White | 20 | 1 | 1 |
|  | 270 | " " |  | Williams John | " | 462 | " | 6 | 8 | 8 |
|  | 271 | " " |  | Smith John B | " | 462 | Colored | 38 | 5 | 5 |
|  | 272 | " " |  | Wheeler Ned | " | 463 | " | 25 | 25 | 25 |
|  | 273 | " " |  | Reed George | " | 463 | " | 43 | 43 | 43 |
|  | 274 | " " |  | Smith Willis | " | 464 | " | 25 | 25 | 25 |
|  | 275 | " " |  | McCallum Robert | " | 464 | " | 28 | 16 | 16 |
|  | 276 | " " |  | Lightfoot Sanford | " | 465 | " | 10 | 1 | 1 |
|  | 277 | " " |  | Washington Sanford | " | 465 | " | 22 | 22 | 22 |
|  | 278 | " " |  | Twiggs Charles | " | 466 | " | 19 | 7 | 7 |
|  | 279 | " " |  | Cox Aleon | " | 466 | " | 18 | 18 | 18 |
|  | 280 | " " |  | Allen Buck | " | 467 | " |  |  |  |

WE CERTIFY to the correctness of the above Return.

Board of Registration.

Archives

HOME SEARCH TREES DISCOVERIES COLLECTIONS CERTIFICATES

← RECORD

## Solomon Walker

SAVE | PRINT | ATTACH ICON ATTACH

**SOLOMON WAS...**

1790 Born
13 Feb 1790 • Barnwell, SC

1827 Married
8 Dec 1827 • Richmond, Georgia

1868 Died
1869 • Brooks, Georgia, United States

**SOLOMON LIVED...**

1790 Edgecombe, North Carolina

Archives

HOME SEARCH TREES DISCOVERIES COLLECTIONS CERTIFICATES

← RECORD

**SOLOMON'S FAMILY...**

Parents
Isham Berry Walker • Civility Jones

Spouse
Mary A King

Children
Henry Lloyd Clay Walker • Solomon Wesley Walker • Matilda Walker • Sophia Walker • Isham Fleming Walker • William Webster Walker • Nancy Jane Walker • Julia Ann Faison Walker • Mary Walker • Annie A Walker • Alexander Walker • Francis Walker • Susan Walker • Theodore Walker • William B Walker • SOLOMON WALKER • George R Walker • Warren Freeman Walker • Martha Walker • Samuel Hannan Walker

**RECORDS**

DEATH · MARRIAGE · 1790 CENSUS · 1860 CENSUS · MARRIAGE

Archives

HOME SEARCH TREES DISCOVERIES COLLECTIONS CERTIFICATES

← RECORD

## Isham Walker

SAVE | PRINT | ATTACH ICON ATTACH

**ISHAM WAS...**

1769 — Born
4 April 1769 • Colleton County, South Carolina, United States of America

1797 (Age 28) — Married
11 Oct 1797 • Effingham, Georgia, United States

1838 (Age 69) — Died
1838-11-02 • ,Thomas,Georgia,USA

**ISHAM LIVED...**

1800 (Age 31) — St Bartholomew, Colleton, South Carolina

Archives

HOME SEARCH TREES DISCOVERIES COLLECTIONS CERTIFICATES

← RECORD

1820 (Age 51) — St Marys, Camden, Georgia

1830 (Age 61) — St Bartholomews Parish, Colleton, South Carolina

**ISHAM'S FAMILY...**

Parents
Isham Littleberry David Walker • Mary Ann Carter

Spouse
Civility Jones

Children
Solomon Westley Walker Grp • Isham Walker • James Littleberry Walker • Margaret Walker Dekle • Civility Walker • Susannah Susan Walker • Flemming Bates Walker • Matilda Walker • Mary Polly Walker • George W Walker • James Thomas Walker • GEORGE WASHINGTON WALKER • Littleberry Walker Rs • Susannah Walker • David Walker • Elias Walker

**RECORDS**







