# EXHIBIT B

# STATE OF GEORGIA



The Georgia Archives, University System of Georgia

*I, Christopher M. Davidson, J.D., State Archivist, do hereby certify that the one (1) page hereto attached and made part of this certificate is a true and correct copy of page 484 of the Colonial and Headright Grant Book EEEEE (1802-1805), and I further certify that the described grant is on file and of official record in the Archives of the State of Georgia.*

*IN TESTIMONY WHEREOF, I have set my hand and affixed the Official Seal of the State of Georgia this thirtieth day of June, 2022*

State Archivist



484

## State of Georgia.

By his Excellency *John Milledge* Governor and Commander in Chief of the Army and Navy of this State, and of the Militia thereof.

*To all to whom these presents shall come, GREETING:*

**Know ye,** That, in pursuance of the Act for opening the Land-Office, and by virtue of the powers in me vested, I HAVE given and granted, and, by these presents, in the name and behalf of the said state, DO give and grant unto *Isham Walker his* heirs and assigns forever, ALL that tract or parcel of land, containing *One Hundred and fifty* acres, situate, lying and being in the county of *Glynn* in the said state, and butting and bounding *on all sides by Vacant Land,* _____

having such shape, form and marks, as appear by a plat of the same hereunto annexed; together with all and singular the rights, members, and appurtenances thereof, whatsoever to the said tract or parcel of land belonging, or in any wise appertaining; and also all the estate, right, title, interest, claim and demand of the state aforesaid, of, in, to, or out of the same: TO HAVE AND TO HOLD the said tract or parcel of land, and all and singular the premises aforesaid with their and every of their rights, members and appurtenances, unto the said *Isham Walker his* heirs and assigns, to *his* and their own proper use and behoof forever, in Fee Simple.

GIVEN under my hand and the great seal of the said state, this *eighteenth* day of *November* in the year of our LORD one thousand eight hundred *and three* and in the twenty-*eighth* year of American Independence.

Signed by his Excellency the Governor, the *18* day of *Novr* 1803

*Jas. Bozeman S.D.*

*Jn. Milledge*

Registered the *18* day of *November* 1803

# STATE OF GEORGIA



The Georgia Archives, University System of Georgia

I, Christopher M. Davidson, J.D., State Archivist, do hereby certify that the one (1) page hereto attached and made part of this certificate is a true and correct copy of page 539 of the Colonial and Headright Plat Book DD (1796-1807), and I further certify that the described plat is on file and of official record in the Archives of the State of Georgia.

IN TESTIMONY WHEREOF, I have set my hand and affixed the Official Seal of the State of Georgia this thirtieth day of June, 2022

*Christopher M. Davidson*

State Archivist





539

**N° 1470. Glynn County.**
Warrant dated 3rd August 1801 and
Surveyed 12th August 1801.
By A. Scott A.S.
Cert by Geo. Purvis C.S.
Adv. 15th October 1801.   James Jones }
Scale 20 Chs pr In.   John Box } C.C.

Isham Walker 750 Acres Land

**N° 1471. Oglethorpe County.**
Warrant dated 4th May 1801 and
Surveyed 4th May 1801.
By H. Luckie C.S.
Adv 9th June 1801.   Miles Estridge }
   Thomas Polly } C.C.

The heirs of Joseph Alexander Decd 325 Acres land

**N° 1472. Oglethorpe County.**
Warrant dated 2nd December 1799 and
Surveyed 17th August 1801.
By H. Luckie C.S.
Adv. 25th August 1801.   Mathew Anderson }
   James Smith } C.C.

Nathaniel Anderson 212 Acres Land

**N° 1473. Oglethorpe County.**
Warrant dated 6th April 1801 and
Surveyed 2nd April 1801.
By H. Luckie C.S.
Adv. 2nd May 1801.   Isaiah Reed }
Scale 20 Chs pr In.   George Phinoah } C.C.

Thomas Brittain 76 Acres Land