# EXHIBIT C

**Prepared By:**

Marlin Daniel Walker
7325 NE Imbrie Dr.
Suite 151 Hillsboro
Oregon
97124
530-426-8336

**After Recording Return To:**

Marlin Daniel Walker
7325 NE Imbrie Dr.
Suite 151 Hillsboro
Oregon
97124
530-426-8336



---

Space Above This Line for Recorder's Use

## GEORGIA QUIT CLAIM DEED

THIS DEED is made this 20 day of March, in the year 2023 between Marlin Daniel Walker as Grantor; and Marlin Daniel Walker as Grantee witnesseth: that in consideration of the sum of $0.00, the said Marlin Daniel Walker, by inheritance and as an heir of Isham Walker, has succeeded to his ownership of the State of Georgia Land Grant, issued to my ancestor Isham Walker on November 18, 1803; as a direct heir of Isham Walker, do convey and quit claim unto the said Marlin Daniel Walker, all interest, rights, title, and claim in or to All that certain plot, piece or parcel of land, with the

buildings and improvements thereon erected, situated, lying and being in the County of Glynn, Georgia to wit:

**State of Georgia,**

By his Excellency John Milledge

Governor and Commander-in-Chief of the Army and Navy of this State and of the Militia thereof.

*TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:*

*KNOW YE,* that in pursuance of the Act for opening the Land Office, and by virtue of the powers in me vested, I HAVE given and granted, and, by these presents, in the name and behalf of the said state, DO give and grant unto Isham Walker, his heirs and assigns forever, ALL that tract or parcel of land, containing One Hundred and Fifty acres, situate, lying and being in the county of Glynn in the said state and butting and bounding on all sides by Vacant Lands having such shape, form and marks as appear by a plat of the same hereunto annexed; together with all and singular the rights, members, and appurtenances thereof, whatsoever to the said tract or parcel of land belonging, or in any wife appertaining; and also all the estate, right, title, interest, claim and demand of the same aforesaid, of, in, to, or out of the same: TO HAVE AND TO HOLD the said tract or parcel of land, and all and singular the premises aforesaid with their and every of their rights, members and appurtenances, unto the said Isham Walker, his heirs and assigns, to his and their own proper use and behoof forever, in Fee Simple.

GIVEN under my hand and the great seal of the said state, this eighteenth day of November in the year of our LORD one thousand eight hundred and three and in the twenty eight year of American Independence.

*M. D. W*
**Grantor's Signature**

*Marlin D. Walker*
**Grantor's Printed Name**

*7325 Imbrie Dr. Suite 151*
**Address**

*Hillsboro Oregon 97124*
**City, State & Zip**

*M. D. W*
**Grantee's Signature**

*Marlin D. Walker*
**Grantee's Printed Name**

*7325 Imbrie Dr. Suite 151*
**Address**

*Hillsboro Oregon 97124*
**City, State & Zip**

**In Witness Whereof,**

___Jan Phillips_____
Signature

___Jasmine Phillips_____
Printed Name

___4159 Butternut Place_____
Address

___Atlanta, GA 30349_____
City, State & Zip


**In Witness Whereof,**

___Katrina Holland_____
Signature

___Katrina Holland_____
Printed Name

___1264 Elgin Way_____
Address

___Riverdale GA 30296_____
City, State & Zip

**QUITCLAIM DEED**     4

STATE OF Georgia)

COUNTY OF Fulton               )

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Marlin D Walker, Jasmine Phillips, Katrina Holland                                                   , whose names are signed to the foregoing instrument, and who are known to me, acknowledged before me on this day that, being informed of the contents of the instrument, they, executed the same voluntarily on the day the same bears date.

Given under my hand this 20th day of March, 2023.

_____
Notary Public
My Commission expires: 02/27/2026

# AFFIDAVIT IN SUPPORT OF THE NOVEMBER 18TH, 1803 ISHAM WALKER GEORGIA LAND GRANT

Name: Marlin Daniel Walker

Address: 7325 NE Imbrie Dr. Suite 151

State: Hillsboro, Oregon

Zip Code: 97124

Pursuant to Georgia Code Title 44 Section 44-2-20, I being of lawful age, being first duly sworn, upon oath affirm and say:

1. I, Marlin Daniel Walker, am an American born July 22, 1979.

2. I am single.

3. My current address is 7325 NE Imbrie Dr. Suite 151, Hillsboro Oregon 97124.

4. The last four digits of my social security number are 8141.

5. I, Marlin Daniel Walker, by inheritance and as an heir of Isham Walker, have succeeded to his ownership of the November 18th, 1803 Georgia State Land Grant (A true, certified copy of said Land Patent, along with its Plat, is annexed herein as Exhibit A).

6. As a result of being a direct heir of Isham Walker, the language of said Isham Walker Georgia Land Grant gives me vested interest as both the Grantor and Grantee, which states: *"By his Excellency John Milledge Governor and Commander-in-Chief of the Army and Navy of this State and of the Militia thereof.*

*TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:*

***KNOW YE,*** *that in pursuance of the Act for opening the Land Office, and by virtue of the powers in me vested, I HAVE given and granted, and, by these presents, in the name and behalf of the said state, DO give and grant unto Isham Walker, his heirs and assigns forever, ALL that tract or parcel of land, containing One Hundred and Fifty acres"*

7.  The description of said land patent is as follows: *"...situate, lying and being in the county of Glynn in the said state and butting and bounding on all sides by Vacant Lands having such shape, form and marks as appear by a plat of the same hereunto annexed; together with all and singular the rights, members, and appurtenances thereof, whatsoever to the said tract or parcel of land belonging, or in any wife appertaining; and also all the estate, right, title, interest, claim and demand of the same aforesaid, of, in, to, or out of the same: TO HAVE AND TO HOLD the said tract or parcel of land, and all and singular the premises aforesaid with their and every of their rights, members and appurtenances, unto the said Isham Walker, his heirs and assigns, to his and their own proper use and behoof forever, in Fee Simple."*

8. My genealogical relationship Isham Walker is as follows:

## **GENEALOGICAL BREAKDOWN**

- Isham Walker, born 1769; married Civility Jones, born 1777

➢ Issue: Solomon Walker, born 1790

- Solomon Walker, born 1790; married Elizabeth Matilda Newton, born 1795

➢ Issue: Solomon Walker, born 1832

- Solomon Walker, born 1832; married Martha Jones, born 1832

➢ Issue: David Walker, born 1861

✧ David Walker, born 1861 married Winnie Johnson, born 1862

➢ Issue: Daniel Walker, born 1893

✧ Daniel Walker, born 1893; married Rosa Lee Hill, born 1896

➢ Issue: George Daniel Walker, born 1916

✧ George Daniel Walker, born 1916; Winnifred Lyles, born 1937

➢ Issue: John Daniel Walker, born 1959

✧ John Daniel Walker, born 1959; married Sharon Renee Simmons, born 1960

➢ Issue: Marlin Daniel Walker, born 1979

(True copies of my genealogical records are annexed herein as Exhibit B).

9. I have never abandoned my right to claim any ancestral lands.

10. I have recently started doing research into my ancestors after I took responsibility to diligently study my true ancestral history as opposed to

relying on the post 19th century United States educational system that subjected me to a dehumanizing false history of myself.

11.     Accordingly, as an heir of Isham Walker, I affirm that I am claiming my long, lost ancestral estate that I had been denied until now.

Date: March 20, 2023

_M. D. W_  
Signature

_Marlin D Walker_  
Print

I declare under penalty of perjury and under the laws of the State of Georgia that the foregoing is true and correct.

Subscribed to this 20 day of March, 2023

_M. D. W_____         _Marlin D. Walker_____
Signature                                         Print


On the 20 day of March, 2023 before me, the undersigned, personally appeared, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature executed the instrument.

_____
(Signature of officer)



**AFFIDAVIT IN SUPPORT**
**OF QUIT CLAIM DEED**                                              5